UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lissette Napoleoni,<br><br>                    Plaintiff,<br><br>        v.<br><br>Deutsche Bank National Trust Company, as Trustee, on behalf of the Holders of the IMPAC Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-1,<br><br>                    Defendant. | Case No. 2:25-cv-00125-RFB-DJA<br><br>Consolidated with:<br><br>   Case No. 2:25-cv-00127-RFB-DJA<br>      and<br>   Case No. 2:25-cv-01241-RFB-DJA<br><br><br>**Order** |

This lead case has been consolidated with two others brought by the same Plaintiff against the same Defendant. (ECF Nos. 26 and 58) (orders consolidating cases). After the first consolidation order, but before the second, the Court stayed discovery. (ECF No. 45). Plaintiff then filed two motions to compel in contravention of the stay order. (ECF Nos. 49, 50). Defendant opposes those motions. Recently, Plaintiff's third case was consolidated with this one. (ECF No. 58). Defendant has moved the Court to clarify whether its order staying discovery also applies to the newly-consolidated case. (ECF No. 61). It does. (ECF No. 58) (explaining that the "actions are consolidated for all purposes"). The Court has already found a stay of discovery pending decision on Defendant's motion to dismiss (ECF No. 7) to be appropriate. (ECF No. 45). That motion to dismiss is still pending and so, a stay of discovery is still appropriate. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 (Oct. 14, 2021). The Court therefore grants Defendant's motion to stay discovery. It further denies Plaintiff's motions to compel because Plaintiff filed them in contravention of the stay order and does not provide good reason for the Court to lift the stay of discovery. *See Little v. City of Seattle*, 863 F.2d 681,

1   685 (9th Cir. 1989) (explaining that the district court has wide discretion in controlling
2   discovery).

4   **IT IS THEREFORE ORDERED** that Plaintiffs' motions to compel (ECF Nos. 49, 50)
5   are **denied without prejudice as premature.**
6   **IT IS FURTHER ORDERED** that Defendant's motion to stay discovery (ECF No. 61) is
7   **granted.** If this case proceeds after the Court decides Defendant's motion to dismiss, the parties
8   must file a stipulated discovery plan and scheduling order within thirty days of that decision.

10   DATED: September 3, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE