Karl L. Nielson, Esq.
Nevada Bar No. 5082
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 948-9240
Fax: (702) 778-6600
Email: karl@harperselim.com
*Attorneys for Defendant*
*Deutsche Bank National Trust*
*Company, As Trustee, on Behalf*
*of The Holders of The Impac*
*Secured Assets Corp. Mortgage*
*Pass-Through Certificates Series 2007-1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISSETTE NAPOLEONI,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1,<br><br>    Defendant. | Case No.:  2:25-cv-00125-RFB-DJA<br>Consolidated with:<br>Case No. 2:25-cv-00127-RFB-DJA<br>Consolidated with:<br>Case No.:  2:25-cv-01241-APG-BNW<br><br><br>**ORDER CANCELLING AND EXPUNGING LIS PENDENS** |
| LISSETTE NAPOLEONI,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1,<br><br>    Defendant. | |

1

| | |
|---|---|
| 1 | LISSETTE NAPOLEONI, |
| 2 | Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1, |
| 6 | |
| 7 | |
| 8 | Defendant. |

Pursuant to this Court's September 30, 2025 Order in the above-captioned matter [ECF 66], and to further effectuate that Order, as the Court has granted Defendant's Motion to Expunge Lis Pendens [ECF 10], and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Lis Pendens recorded against the property known as 1465 Pawnee Drive, Las Vegas, Nevada 89169 (APN 162-14-114-028), recorded on December 31, 2024, as Instrument 20241231-0001776, is hereby cancelled and discharged, and is of no further force and effect;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clark County, Nevada's Recorder's Office is directed to expunge the Lis Pendens (Instrument 20241231-0001776) from the Official Records of the Clark County Recorder.

**IT IS SO ORDERED**.

**DATED**: October 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2

1  Submitted By:

2  HARPER | SELIM

3

4  */s/ Karl L. Nielson*
   Karl L. Nielson, Esq.
5  Nevada Bar No. 5082
   1935 Village Center Circle
6  Las Vegas, Nevada 89134
   Attorneys for Defendant
7  Deutsche Bank National Trust
   Company, As Trustee, On Behalf
8  of the Holders of The Impac Secured
   Assets Corp. Mortgage Pass-
9  Through Certificates Series 2007-1

3